UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSIP AND EILEEN DVORNEKOVIC,

    Plaintiff,

  v.

WACHOVIA MORTGAGE, a North Carolina corporation, et al.,

    Defendants.

No. C10-5028RBL

ORDER DENYING DEFENDANTS' MOTION TO DISMISS
[Dkt. #7]

    This matter is before the court the Defendants' Motion to Dismiss the pro se Plaintiffs' Complaint with Prejudice, based on the legal jargon, length, and its generally "verbose, confused, and redundant" nature. [Dkt. #7] Plaintiffs have amended their complaint [Dkt. #9], and while it is not a model of clarity, its does apprise the Defendants of the factual and legal allegations and the claims asserted. The Motion to Dismiss under Civ. R. Civ. P. 8(a)(2) is DENIED. If further clarification of the claims is required, Defendants may file a Motion for a More Definite Statement.

    IT IS SO ORDERED.

    DATED this 22nd day of March, 2010.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

ORDER - 1