UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSIP AND EILEEN DVORNEKOVIC,<br><br>    Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE, a North Carolina corporation, et al.,<br><br>    Defendants. | No. C10-5028RBL<br><br>ORDER DENYING RECONSIDERATION AND DENYING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION<br>[Dkt. #s38 and 39] |

    This matter is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #38] and Plaintiff's "Judicial & Administrative Notice of Setoff/recoupment Against Defendent's Claim of Lien; Petition for Order of Permanent Injunction against foreclosure; PETITION for order striking defendants Deed of Trust" [Dkt. #39]. The Court has reviewed and considered the Motions.

    Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #37]. It is therefore ORDERED that Plaintiffs' Motion for Reconsideration [Dkt. #38] is DENIED.

ORDER - 1

In light on this determination, and for the additional reason that the Plaintiffs' Motion for Permanent Injunction is wholly without merit, the Plaintiffs' Judicial & Administrative Notice of Setoff/recoupment Against Defendant's Claim of Lien; Petition for Order of Permanent Injunction against foreclosure; PETITION for order striking defendants Deed of Trust" IS DENIED.

DATED this 22nd of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE