AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

JOSIP and EILEEN DVORNEKOVIC,
    v.

CASE NUMBER: CV 10-5028RBL

WACHOVIA MORTGAGE, a North Carolina corporation, et al.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Defendants' Motion to Dismiss [Dkt. #30] is GRANTED and the Dvornekovics' state claims against them are DISMISSED. Because the Dvornekovics' claims are preempted by federal law, and because they have failed to state a claim upon which relief can be granted, the dismissal is WITH PREJUDICE.

*DATED :*   December 27, 2010

                        WILLIAM M. McCOOL
                        *Clerk*

                        /s/   Jean Boring
                      *(By) Deputy Clerk*, Jean Boring